## Commonwealth ex rel. Watson, Appellant, *v.* Maroney.

Submitted June 8, 1964. *William C. Watson,* appellant, in propria persona; *Burton Satzberg* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.